MICHAEL THAL et al., Respondents-Appellants, v. RICHARD POLUMBAUM et al., Appellants-Respondents.— *Motion for leave to appeal to the Court of Appeals denied, with $10 costs.* Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 1115.]

In the Matter of the Probate of the Will of LENA S. BAYER, Deceased. SYBIL B. BROWN et al., Appellants; FELIX A. FISHMAN, Respondent, et al., Legatees.— *Motion for leave to appeal to the Court of Appeals denied, with $10 costs.* Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 277 App. Div. 1116.]

LESTER SCHMID, Appellant, v. HARRY WERNER et al., Defendants, and CITY OF NEW YORK, Respondent.— *Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs.* Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 520.]

LEO K. STUPELL v. RALPH M. LAUER et al.— *Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs.* Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 277 App. Div. 1096.]

## SECOND DEPARTMENT, JANUARY, 1951.

### (January 4, 1951.)

In the Matter of the Application of HORTENSIA L. QUINTANA for a Writ of Habeas Corpus to Bring up PRISCILLA M. H. QUINTANA, an Infant. THE PEOPLE OF THE STATE OF NEW YORK ex rel. HORTENSIA L. QUINTANA, Respondent, against RAUL L. QUINTANA, Appellant.— *Order sustaining writ of habeas corpus affirmed, without costs. No opinion.* Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

### (January 8, 1951.)

SYLVIA BENINTENDI, as Guardian ad Litem, on Behalf of THEODORE P. BENINTENDI, an Infant, Appellant, v. MARIE BENINTENDI, as Administratrix of the Estate of JAMES V. BENINTENDI, Deceased, Respondent.— *Motion referred to the court that rendered the decision.* Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. *Motion for reargument denied, without costs.* Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See 277 App. Div. 1126.]

JACOB J. BROWN et al., Respondents, v. DENNIS W. NEELY et al., Appellants. — *Motion referred to the court that rendered the decision.* Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. *Motion for reargu-*

ment denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Johnston, Adel, Wenzel and Mac-Crate, JJ. [See 277 App. Div. 1126.]

■

Doris Hutchins, Appellant, v. Alma Phillips et al., Respondents.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Carswell, Johnston and Sneed, JJ.; MacCrate, J., not voting. [See 277 App. Div. 1055.]

■

In the Matter of the Application of Nicolaus Bruns, Jr., for Admission to Practice as an Attorney.— Application for admission to the Bar denied upon the ground that the applicant has failed to establish that he was an actual resident of the State of New York for the six months prior to the making of his application to the court for admission to practice, as required by paragraph (3) of subdivision (f) of rule 1 of the Rules of Civil Practice and subdivision 1 of section 90 of the Judiciary Law. Present — Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ.

■

In the Matter of Rosak Properties, Inc., Respondent, against John A. Dwyer, Village Clerk of the Village of Westbury, et al., Appellants.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion for reargument denied, with $10 costs. Present — Carswell, Adel, Sneed and Wenzel, JJ.; Nolan, P. J., not voting. [See 277 App. Div. 1058.]

■

George Kontzamanys, Appellant, v. Louis Czike, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.

■

Sally Meltzer et al., Appellants, v. Anna Koenigsberg, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See 277 App. Div. 1050.]

■

Sadie Philpot et al., Appellants, v. Brooklyn National League Baseball Club, Inc., et al., Respondents.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See 277 App. Div. 1135.]

■

The People of the State of New York, Respondent, v. Anonymous, Appellant.— Motion for leave to appeal to the Court of Appeals and for other relief denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See 277 App. Div. 1050.]